# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 21-6235 MRW | Date | December 7, 2021 |
| Title | Hwan Kim v. 4520 Maine B.P. LLC | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING CASE**

Plaintiff filed a notice dismissing this case with prejudice. (Docket # 14.) This action is dismissed with prejudice.